(Original)

In The United States District Court For
The Middle District Of Alabama

RECEIVED
2008 MAR 11 A 11:33
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Roy Lee McAteer 147346
Ronald Ray Whitley 206585
On Behalf of Themselves And
All Similarly Situated

vs.                                    Case No. 2:08-CV-167-WKW

Cheryl Price, Warden Bibb Co. Corr. Facility
Ron Allen, Commissioner Ala. Dept. of Corr.

Petition For Class Action Status And Appointment Of Counsel

Comes now the plaintiffs in the above styled cause and pursuant to Rule 23 Federal Rules Civil Procedure presents this Petition For Class Action Status And Appointment of Counsel and in support thereof presents the following:

1.  Throughout the State of Alabama's Dept. of Corrections there are dozens of inmates who have been charged with criminal offenses or are in danger of such because of financial inability to comply with the Order of Conditions imposed upon them by Alabama's Community Notification Act.

2.  Because of the number of individuals affected by the unconstitutional actions of the defendants - i.e., the infliction of Cruel and Unusual

Punishment and restraining the affected persons to the extent that they are forced to commit criminal offenses - and the commonality of the claims for relief - class action status on the herein styled matter would be proper.

Respectfully submitted this 10th day of March, 2008.

Ronald Ray Whitley
208585

Roy Lee McAteer 147346
Ronald Whitley 208585

On Behalf of Themselves And Others Similarly Situated

Roy McAtees 147346
565 Bibb Ln.
Brent Al. 35034



Office of The Clerk
U.S. District Court
P.O. Box 711
Montg Al. 36101-0711